No. 331. LANDES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 64. GOTFREDSON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. MR. JUSTICE REED took no part in the consideration or decision of this application. *Nathaniel W. Gold* for petitioners. *Solicitor General Soboleff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Davis W. Morton, Jr.* for respondent.

No. 73. BEARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Michael Gould, Thomas J. Kenney* and *Samuel Efron* for petitioner. *Solicitor General Soboleff, Assistant Attorney General Holland, Philip Elman, Ellis N. Slack* and *Fred G. Folsom* for the United States. *Russell D. Niles, William A. Schnader, Lofton L. Tatum, J. Cleo Thompson, E. Dixie Beggs, Boris Kostelanetz* and *Bruno Schachner* filed a brief for the American Bar Association, as *amicus curiae,* in support of the petition for a writ of certiorari.

No. 120. ZIENTEK *v.* READING COMPANY. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *B. Nathaniel Richter* for petitioner. *John R. McConnell* for respondent.

No. 262. PEGLER ET AL. *v.* REYNOLDS. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Milton Pollack* for petitioners. *Louis Nizer* for respondent.